IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>                    Plaintiff,        )<br>                                                          )<br>vs.                                                 )<br>                                                          )<br>JESUS S. HINOJOSA,                    )<br>                                                          )<br>                    Defendant.     ) | 8:05CR145<br><br>ORDER |

**IT IS ORDERED** that defendant's motion to continue (Filing No. 55) is granted.

The hearing on defendant's motion to suppress (Filing No. 40) is scheduled before the undersigned magistrate judge at **9:00 a.m. on August 8, 2005**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

**Disclosure of Evidence.**  This rule applies to all evidentiary hearings on pretrial motions in criminal cases.

> (a)    **Witnesses.**  At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
>
> (b)    **Exhibits.**  At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

The defendant must be present for the hearing.

DATED this 20th day of July, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge