IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR145 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JESUS S. HINOJOSA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jeffrey L. Thomas and the Office of the Federal Public Defender for the District of Nebraska to withdraw as counsel for the defendant, Jesus S. Hinojosa (Hinojosa) (Filing No. 68). Mr. Thomas represents he has a conflict of interest in this matter. Mr. Thomas's motion to withdraw (Filing No. 68) is granted. Michael J. Tasset, 307 North Oakland Avenue, Oakland, NE 68045, (402) 685-5647, is appointed to represent Hinojosa for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Thomas shall forthwith provide Mr. Tasset with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to Hinojosa's defense.

The clerk shall provide a copy of this order to Mr. Tasset, and Mr. Tasset shall enter his appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 29th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge