IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR145 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS HINOJOSA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for additional time to submit response (Filing No. 105). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until January 17, 2006, to file any objections to the report and recommendation of the magistrate judge.

DATED this 5th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court